UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Allen Beaulieu, individually and D/B/A Allen Beaulieu Photography, | CASE NO. 16-cv-3586 (DWF/HB) |
| Plaintiff, | |
| v. | **DECLARATION OF RUSSELL M. SPENCE, JR.** |
| Clint Stockwell, an individual; Studio 1124, LLC, a Minnesota limited liability company and Does 1 through 7, | |
| Defendants. | |

I, Russell M. Spence, Jr., depose and state under oath as follows:

1.    I am the attorney of record for Plaintiff, Allen Beaulieu in the above-captioned matter.

2.    Attached hereto as **EXHIBIT A** is a true and correct copy of a redline version of Plaintiff's proposed Amended Complaint.

3.    Attached hereto as **EXHIBIT B** is a true and correct copy of the Amended Complaint, with all of the proposed amended language accepted.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By _____
Russell M. Spence, Jr.

Subscribed to and sworn before me
this 31 day of July, 2017.

_____
Notary Public

MARY B BEEMAN
Notary Public
Minnesota
My Commission Expires January 31, 2020