Case: Beaulieu v Stockwell, IMEI: 355767076813265



**Chuck Investor**

*12/7/2016*

**Chuck Investor <+16128599688>**
Al, great to have spoken with you yesterday. Sorry we couldn't come to an agreement. Maybe sometime in the future. I spoke with Clint again today and there are no other pics. Have you ever considered that Spence may have them?

Received: 6:04:24 PM (Central time)
Read: 9:39:47 PM (Central time)

*4/5/2017*

**Chuck Investor <+16128599688>**
Al, would yo like to talk?
Chuck Sanvik

Received: 5:50:26 PM (Central time)
Read: 9:19:03 PM (Central time)

*4/6/2017*

wellalb@aol.com
to Chuck Investor <+16128599688>
I I cant you have to talk to Mick Spence

Sent: 9:19:24 PM (Central time)
Delivered: 9:19:25 PM (Central time)

**Chuck Investor <+16128599688>**
No prob. Have you given Spence the ok to talk with me. I would like to discuss a deal. However Al, I'm not very impressed with Spence. Does he have clear direction from you? It would be cool if you and I could talk first.

Received: 9:26:54 PM (Central time)
Read: 9:27:46 PM (Central time)

wellalb@aol.com
to Chuck Investor <+16128599688>
I told Mick Spence they contact you because he told me not to

Sent: 9:28:24 PM (Central time)
Delivered: 9:28:24 PM (Central time)

wellalb@aol.com
to Chuck Investor <+16128599688>
He's been a great friend to me

Sent: 9:28:36 PM (Central time)
Delivered: 9:28:36 PM (Central time)

**EXHIBIT E**

1

Case: Beaulieu v Stockwell, IMEI: 355767076813265

**Chuck Investor**

---

**4/6/2017**

**Chuck Investor <+16128599688>**

> Al, all lawyers are a pain in the ass. Lawyers are terrible deal makers. The best way to handle things are to discuss amongst us, the players, and bring in the lawyers to formalize our agreement.

Received: 9:37:18 PM (Central time)
Read: 9:37:36 PM (Central time)

---

**4/26/2017**

**Chuck Investor <+16128599688>**

> Sitting here with Jimmy. We want to talk sometime! Pepe too. We have a proposal put together which is quite cool.

Received: 6:54:53 PM (Central time)
Read: 6:56:28 PM (Central time)

---

**4/27/2017**

**wellalb@aol.com**
to Chuck Investor <+16128599688>

> You're going to have to talk to Mick Spence

Sent: 9:26:37 PM (Central time)
Delivered: 9:26:38 PM (Central time)

---

**6/27/2017**

**Chuck Investor <+16128599688>**

> Al, we should talk sometime. Unless you and Spence have some big play going, which I'd respect, there is nothing but ineptness occurring. You and I should talk sometime, less the lawyers. Hope all is well...
> Chuck

Received: 6:24:26 PM (Central time)
Read: 6:24:50 PM (Central time)

---

**6/28/2017**

**wellalb@aol.com**
to Chuck Investor <+16128599688>

> You have Clint Stockwell return all my photographs to me and then we can talk

Sent: 9:00:27 PM (Central time)
Delivered: 9:00:28 PM (Central time)

---

**7/24/2017**

**Chuck Investor <+16128599688>**

> Al, you owe Spence at least 35k and Clint has a claim against you for 25k. Spence will claim your pics for payment. If this goes to discovery than triple your legal fees and kiss your retirement goodbye. Let's pay off these guys and move on. What do you think?

Received: 5:24:26 PM (Central time)
Read: 5:24:48 PM (Central time)

Case: Beaulieu v Stockwell, IMEI: 355767076813265

**Chuck Investor**

🕐 11                                                                                                                       6

--- 7/24/2017 ---

wellalb@aol.com
to Chuck Investor <+16128599688>

> Not until Clint giving my whole collection back

Sent: 5:25:20 PM (Central time)
Delivered: 5:25:20 PM (Central time)

**Chuck Investor <+16128599688>**

> Ok, well, just don't let Spence back door you. I'd like to meet with you sometime. I think we can make some Ching if we don't blow it. If you're not interested let me know and I'm outta here. Cheers.

Received: 5:40:22 PM (Central time)
Read: 5:40:58 PM (Central time)

--- 8/7/2017 ---

**Chuck Investor <+16128599688>**

> Al, we should talk cuz shit is about to hit the fan. Trust me it's not good for Spence.

Received: 5:29:51 PM (Central time)
Read: 5:32:59 PM (Central time)

**Chuck Investor <+16128599688>**

> He crossed the line and it's over for him.

Received: 5:30:35 PM (Central time)
Read: 5:32:59 PM (Central time)

**Chuck Investor <+16128599688>**

> Al, do you have a side deal with Spence? Does his firm have a lean on the pics as collateral for their fees? This is all relevant, if true. I can help you out of this and make us money if you'd ever listen. I've been trying to put a business deal together with you from the start. Please get the Stockwell gig out of the way. He'll sign anything you want that he does not have the missing pics. Will Spence sign off that he doesn't either?

Received: 5:39:03 PM (Central time)
Read: 5:39:23 PM (Central time)