# Transcription of Telephone Call between Mick Spence and Chuck Sanvik
## November 11, 2016
### 39:55 minutes

Hi, Chuck?

> **Yeah!**

Its Mick Spence returning your call. Thanks for calling back.

> **How are you today Mick?**

I'm good, how are you?

> **Ready for the weekend. I think I'm gonna hit some balls today.**

Oh yeah? Are you, ah, do you golf with Pepe, is that how you know him?

> **I'm a member out at Hazeltine.**

Yeah.

> **In fact I've golfed with Dave Hellmuth before.**

Oh ok, sure, I would imagine.

> **Yeah, he was just out there last night actually. But ah, no, I know Pepe through Clint Stockwell and a lot of the other guys. I've known Clint for about 30 years and ah, I don't know Al, but I know of Al and I do know that they've been working on this, ah, book for about 15 years. And, ah, they may as well … you may as well … when they kindof sensationalized this whole thing on the news, they may as well themed it grumpy old men because they probably would have gotten more mileage out of that. Because these two guys have been fighting over the book for I don't know how long.**

What two guys are you talking about?

> **Al and Clint.**

Oh.

> **But, I was looking at this from an investment point of view.**

Um-hmm.

> **And um, I was, you know, trying to figure out where they were at in this whole process. Al wants a book. And that's what he wants. And they have the book pretty much done. And like I said, this is not something that they did come up with right after Prince died. This has been on-going for quite some time.**

That's my understanding of the book project, yeah.

1



      Yeah. So, and I've been trying to contact Al. Pepe talked to him yesterday as well, I believe, and you know, we're trying to get something moving. There is more to be done than just this book with these pictures and that's where him and Clint had creative clashes over the years, trying to figure out what to do, how to go forward with these things.

Right.

      But ultimately, everyone realizes that they're Al's pictures and Al can do whatever he wants with them, and he has. When Clint picked up those pictures they were in garbage bags and some were kindof melted together. They weren't in any kind of order whatsoever. I believe you know Al, I'm assuming you've met him?

Yeah.

      Right. So, I think you can understand what kind of shape those pictures were probably in. So, when you picked those up, those were … substantially organized and put together and that is all the pictures that Al had. Or had given to Clint. But what I'm trying to do is get Al back on board here to really sit down and look at what we can do with these pictures and if it's a viable enterprise and I think it is. I don't think it's a multi-multi-multi-million dollar project, but it is something worth looking at.

Well, again, that's why he asked me to call you to say what are the things that you are thinking about doing, he is willing to entertain offers and ah …

      What's your relationship? Are you simply representing him as a legal counsel and advice or are you, you aren't involved financially or in any type of investment in the project?

Nope, I'm his lawyer and that's it.

      Ok, well yeah, we would love to sit down and go over topics like content book, internet projects, avenues[?] …

Well do you have any specific plans right now?

      ==Yeah, we do. Do I have a prospectus put together for this, no. We've got a collage of concepts to go. But I think what we could do first is put Al's book together. Which is 90% done. This is why everyone is kindof confused over the lawsuit is that, you know, Clint, Tom Crouse, they've been working with Al for years on this and the book is pretty much done other than some final editing. Al owes Clint money, he owes Tom money and Al has his pictures back. He owes you money I'm sure, so what we can do is put a project together, finance it and move forward and get everybody paid off.==

So, are you the person that would be financing … you keep saying "we" so you are the financier?

      ==Yeah. When I say "we" I mean, there's many facets to this. There is the financing. There's the copy, writing the story, there's plenty of room for Pepe and us to collaborate with some of the music that Pepe has, along with the pictures. So, there's a lot of synergy that can be done with these pictures.==

Um-hmm.

      ==If it's done right and so when I say "we" I say there is a group of people that can publish much of this information, pictures, content. I am simply the investor.==

\*   \*   \*

> The format we're looking at can ... it's almost a cookie-cutter. You could put anybody in this. It doesn't have to be Prince, in how we would move forward. It's more of a procedural format.

Well do you have ideas right now that I can at least float Mr. Beaulieu's way?

> Yeah. We do. And, you know, Al knows some of them and I ... we're ... I don't want to get into too many details on this, for confidentiality purposes. And, so you get into this dance of trust. How much information do you provide to someone like Al and then he takes that information and then goes and works with someone else.

Um-hum. I understand. Ok, well ...

> We do have knowledge, he knows Pepe, Pepe's got assets to contribute to this that are synergistic that he is not going to find any place else because they do relate to each other. Pepe's got music from Prince from those days, from before the rain.

Yep, I've very familiar with Pepe's assets.

> I'm sure you are. Ok, well, Mick, if you've got anything else or if you think of anything let em know. Let's put something together with Pepe next week. I'm fairly open next week.

I am too.

> Should we put a day down now and then I'll get a hold of Pepe and then see what his availability is.

Yep.

> Let's see here ... you're off of 169, aren't ya?

Yep. Right at the corner of 169/494. Just below Braemar.

> Well, how about Monday? May as well get this moving.

Well, I've got a filing I've got due Monday, unfortunately. I'd say Tuesday would be the first day.

> Are you guys ... would you be okay ... would Al be okay if there is an extension allowed for this because these guys need time to put this Answer together and ah ...

I can't answer that.

> Its possible we can get Al to you know, come to his sense on this.

I can't answer that.

> Ok. Ah, so Monday is not available for you?