### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALLEN BEAULIEU, individually and d/b/a Allen Beaulieu Photography  §<br>§<br>§<br>Plaintiff/Counter-Defendant,  §<br>§<br>§<br>vs.  §<br>§<br>CLINT STOCKWELL, THOMAS MARTIN  §<br>CROUSE, CHARLES WILLARD SANVIK,  §<br>STUDIO 1124 LLC, DOES 3-7  §<br>§<br>Defendants/Counter-Plaintiff.  §<br>§ | Civil No. 16-3586 (DWF/HB) |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Bradford P. Lyerla, Esquire, is hereby withdrawn as counsel for Allen Beaulieu. Allen Beaulieu continues to be represented by the law firm of Jenner & Block LLP.

Dated: January 6, 2020                            Respectfully submitted,

By: /s/ Gabriel K. Gillett
Gabriel K. Gillett (admitted *pro hac vice*)
Leigh J. Jahnig (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
ggillett@jenner.com
ljahnig@jenner.com

*Counsel for Plaintiff Allen Beaulieu*

## **CERTIFICATE OF SERVICE**

I, Gabriel K. Gillett, an attorney at the law firm of Jenner & Block LLP, certify that on January 6, 2020, I caused a true and correct copy of the foregoing to be electronically served on counsel of record via the Court's CM/ECF system.

/s/ Gabriel K. Gillett
Gabriel K. Gillett