## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Allen Beaulieu individually and d/b/a Allen Beaulieu Photography,<br><br>    Plaintiff,<br><br>v.<br><br>Clint Stockwell, an individual, Studio 1124, LLC, a Minnesota limited liability company, Thomas Martin Crouse, an individual, Charles Willard "Chuck" Sanvik, and individual and Does 3 through 7,<br><br>    Defendants. | Case No. 16-cv-03586 (DWF-HB)<br><br>**NOTICE OF WITHDRAWAL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Lauren F. Schoeberl and Kate L. Homolka withdraw as counsel of record for Defendant Charles Willard "Chuck" Sanvik in this case. In addition, Edward F. Fox and Lewis A. Remele of Bassford Remele, P.A. remain as counsel of record.

**BASSFORD REMELE**
*A Professional Association*

Dated: June 3, 2021    By */s/ Edward F. Fox*
Lewis A. Remele, Jr. (#90724)
Edward F. Fox (#003132X)
100 South Fifth Street, Suite 1500
Minneapolis, Minnesota 55402-3707
T: (612) 333-3000
lremele@bassford.com
efox@bassford.com

***Counsel for Defendant Sanvik***