IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ALLEN BEAULIEU, individually and d/b/a Allen Beaulieu Photography, | )<br>)<br>) Case No. 0:16-cv-03586-DWF-HB |
| Plaintiff, | )<br>) Judge Donovan W. Frank |
| v. | ) |
| CLINT STOCKWELL, THOMAS MARTIN CROUSE, CHARLES WILLARD SANVIK, STUDIO 1124 LLC, DOES 3-7, | )<br>)<br>)<br>) |
| Defendants. | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Allen Beaulieu, individually and d/b/a Allen Beaulieu Photography (together, "Appellant"), hereby appeals to the United States Court of Appeals for the Eighth Circuit from four final, appealable orders: (1) the district court's order, entered on December 10, 2018, granting Defendant Sanvik's Motion for Summary Judgment [**Dkt. 223**]; (2) the district court's order, entered on December 10, 2018, granting Defendant Stockwell's Motion for Summary Judgment [**Dkt. 224**]; (3) the district court's order, entered on January 2, 2019, granting Defendant Crouse and Studio 1124, LLC *Sua Sponte* Summary Judgment [**Dkt. 233**]; and (4) the district court's order, entered on February 21, 2019, taxing costs of Defendant Sanvik against Appellant [**Dkt. 242**]. Each of these judgments became final and appealable under 28 U.S.C. § 1291 when the Court entered an Order on November 10, 2021 [**Dkt. 299**], granting the Amended Stipulation and Dismissing Defendant Stockwell's Counterclaims Without Prejudice.

December 9, 2021               Respectfully Submitted,

                            By: */s/ Gabriel Gillett*

Russell M. Spence, Jr.(#241052)     Gabriel Gillett (*admitted pro hac vice*)
                            Grace Signorelli-Cassady (*admitted pro hac vice*)

1

| | |
|---|---|
| PARKER DANIELS KIBORT LLC<br>123 North Third Street, Suite 888<br>Minneapolis, MN 55401 | Daniel McCord (*admitted pro hac vice*)<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, Illinois 60654<br>Phone: (312) 840-7220<br>ggillett@jenner.com<br><br>*Attorneys for Appellant Allen Beaulieu, individually and d/b/a Allen Beaulieu Photography* |

## CERTIFICATE OF SERVICE

I certify that on December 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

By:  /s/  Gabriel Gillett